UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

United States of America                                                       PLAINTIFF

v.                                               CIVIL ACTION 1:22-cv-157-SA-RP

Kenyanna Petty                                                    DEFENDANT

## **DEFAULT JUDGMENT**

The defendant, Kenyanna Petty, having failed to appear, plead or otherwise defend in this action, and default having been entered on November 30, 2022, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant Kenyanna Petty in the amount of $44,752.34, plus interest on the judgment at the legal rate until the judgment is satisfied. This the 2nd day of December, 2022.

                                                                                             David Crews, Clerk of Court


                                                                 s/ Jennifer L. Adams
                                                                  Deputy Clerk